IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>GARY COOPER,<br><br>    Debtor. | Case No. 18-82436<br>Chapter 13 |
| GARY COOPER,<br><br>    Plaintiff,<br><br>v.<br><br>AVADIAN CREDIT UNION, and BSI FINANCIAL SERVICES,<br><br>    Defendants. | Adversary No. 19-80071-CRJ |

## **DEFENDANTS' MOTION TO DISMISS**

COME NOW, Defendants Avadian Credit Union and BSI Financial Services, pursuant to Fed. R. Civ. P. 12(b)(6), and move this Court for an Order dismissing the above-styled adversary proceeding for failure to state a claim upon which relief can be granted. In support of this Motion, Defendants contemporaneously file their Brief in Support of this Motion to Dismiss.

WHEREFORE, Defendants respectfully pray for relief as follows:

1) That this Court grant their Motion to Dismiss upon a finding that the Amended Complaint [Doc. 9] fails to state a claim upon which relief can be granted; and

2) For any other relief that this Court deems just and proper.

1

Respectfully submitted, this 19th day of September 2019.

> /s/ Amanda Beckett
> Amanda M. Beckett (ASB-1884-N75B)
> Timothy P. Pittman (ASB-0075-I51P)
> **RUBIN LUBLIN, LLC**
> 428 N. Lamar Blvd., Suite 107
> Oxford, MS 38655
> (601) 398-0153 (Telephone)
> (404) 921-9016 (Facsimile)
> abeckett@rubinlublin.com
> tpittman@rubinlublin.com
>
> *Attorneys for Avadian Credit Union
> and BSI Financial Services*

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2019, I filed the within and foregoing via CM/ECF, which will serve notice on the following via electronic means:

John C. Larsen
Larsen Law P.C.
1733 Winchester Road
Huntsville, AL 35811

> /s/ Amanda Beckett
> Amanda M. Beckett (ASB-1884-N75B)

2