Cooper,
     Plaintiff                                                    Adv. Proc. No. 19-80071-CRJ

Avadian Credit Union,
     Defendant

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 1126-8 | User: admin | Page 1 of 1 | Date Rcvd: Sep 20, 2019 |
| | Form ID: van200 | Total Noticed: 6 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2019.
```
dft            +BSI Financial Services,   314 S. Franklin Street,   Titusville, PA 16354-2168
pla            +Gary Cooper,    224 Thompson Ln.,   Hazel Green, AL 35750-9698
10203459       +Amanda Beckett,    Rublin Lublin, LLC,   100 Concourse Parkway, Suite 115,
                Birmingham, Al 35244-2905
10203461       +BSI Financial Services,   1425 Greenway Drive, Ste. 400,   Irving, TX 75038-2480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
dft            +E-mail/Text: bk@avadiancu.com Sep 21 2019 04:09:12      Avadian Credit Union,
                1 Riverchase Pkwy. S.,   Hoover, AL 35244-2008
10203460       +E-mail/Text: bk@avadiancu.com Sep 21 2019 04:09:12      Avadian Credit Union,   PO Box 360287,
                Birmingham, Al 35236-0287
                                                                                        TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2019 at the address(es) listed below:
```
          Amanda  Beckett    on behalf of Defendant   BSI Financial Services abeckett@rubinlublin.com,
          AB-ECF-Notifications@rubinlublin.com;lcaplan@rubinlublin.com;akhosla@rubinlublin.com;nbrown@rubin
          lublin.com;mhashim@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com
          John C. Larsen    on behalf of Plaintiff Gary  Cooper john@jlarsenlaw.com,
          lori@jlarsenlaw.com;larsenjr86417@notify.bestcase.com
          Michele T. Hatcher    ecf@ch13decatur.com,  michele.hatcher@ch13decatur.com
          Richard M Blythe    Richard_Blythe@alnba.uscourts.gov,   courtmaildec@alnba.uscourts.gov
                                                                                        TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

**In re:**                                                                      **Case No.** 18−82436−CRJ13
Gary Cooper                                                             **Chapter** 13
          **Debtor(s)**


                                                                                          **AP No.** 19−80071−CRJ

Gary Cooper
          **Plaintiff(s)**
vs.
Avadian Credit Union
et al.
          **Defendant(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

Motion to Dismiss Adversary Proceeding Filed by Defendant BSI Financial Services

**Date: Monday, October 7, 2019**                       **Time: 10:00 AM**

**Location: Federal Building, Cain St Entrance, 3rd Floor Courtroom, Decatur, AL 35601**

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated: September 20, 2019                     By:

                                                                 Joseph E. Bulgarella, Clerk
                                                                 United States Bankruptcy Court
rfl