UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Gary Cooper | } | **Case No: 18-82436-CRJ13** |
| PLAINTIFF, | } | **AP No: 19-80071-CRJ** |
| VS. | } | |
| Avadian Credit Union | } | |
| BSI Financial Services | } | |
| DEFENDANTS, | | |

### ORDER

This matter came before the Court on Monday, October 07, 2019 10:00 AM, for a hearing on the following:

RE: Doc #13; Motion to Dismiss Adversary Proceeding Filed by Defendants BSI Financial Services and Avadian Credit Union

Proper notice of the hearing was given and appearances were made by the following:

John C. Larsen, attorney for Gary Cooper (Plaintiff)
Michele T. Hatcher (Trustee)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

The Motion to Dismiss Adversary Proceeding Filed by Defendants BSI Financial Services and Avadian Credit Union is DENIED without prejudice for the reasons stated on the record.

Dated: 10/07/2019

/s/ CLIFTON R. JESSUP JR.
CLIFTON R. JESSUP JR.
United States Bankruptcy Judge