IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE GARY COOPER,

    Bankruptcy Case Number
    19-82436-CRJ-13

    Debtor,

GARY COOPER,

    Plaintiff,

    Adversary Proceeding No.
v.    19-80071-CRJ

AVADIAN CREDIT UNION,
and BSI FINANCIAL SERVICES

    Defendants.

## APPLICATION FOR ENTRY OF DEFAULT

    COMES NOW the Plaintiff, Gary Cooper, by and through his attorney of record, requests this Clerk of Court to enter a default judgment against the Defendant, Avadian Credit Union, on the basis that the record in this case demonstrated that there has been a failure to plead or otherwise defend as provided by Rule 7055(b)(2) of the Federal Rules of Bankruptcy Procedure.

    /s/ John C. Larsen_____
    John C. Larsen
    Attorney for the debtor/plaintiff
    1733 Winchester Rd.
    Huntsville, AL 35811
    256-859-3008
    John@JLarsenLaw.com

## CERTIFICATE OF SERVICE

   The undersigned certifies that a copy of the Application for Entry of Default has been served upon the following by depositing copies in the United States Mail, properly addressed and postage prepaid, on this the 17th day of October, 2019.

Avadian Credit Union
P.O. Box 360287
Brimingham, AL 35236

Avadian Credit Union
1 Riverchase Pkwy. S.
Hoover, AL 35244

Amanda Beckett
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115
Birmingham, AL 35244

Amanda Beckett
Rubin Lublin, LLC
428 N. Lamar Blvd., Suite 107
Oxford, MS 38655

                 /s/ John C. Larsen