UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| | } | |
| GARY COOPER | } | Case No. 18-82436-CRJ-13 |
| SSN: XXX-XX-1726 | } | |
| | } | |
| Debtor(s) | } | Chapter 13 |
| | } | |
| GARY COOPER | } | |
| | } | |
| Plaintiff(s) | } | |
| vs. | } | AP Case No. 19-80071-CRJ |
| | } | |
| AVADIAN CREDIT UNION and | } | |
| BSI FINANCIAL SERVICES | } | |
| | } | |
| Defendant(s) | } | |

**ORDER ON MOTION BY DEFENDANTS FOR JUDGMENT ON THE PLEADINGS**

The Adversary Proceeding came before the Court on December 3, 2019 upon Motion by Defendants for Judgment on the Pleadings and Plaintiff's Response. Appearing at the hearing were John Larsen, Esq., counsel for the Plaintiff; Timothy Pitman, Esq., counsel for Defendants; and Michele T. Hatcher, Esq., Chapter 13 Trustee.

The Court considered the pleadings and arguments of and for the reasons stated on the record, it is hereby

**ORDERED, ADJUDGED AND DECREED** as follows:

1. The Motion for Judgment on the Pleadings is hereby **APPROVED**, in part, and Counts I, II, III of the Amended Complaint are hereby **DISMISSED**.

2. The Motion for Judgment on the Pleadings is hereby **DENIED** as to Count IV.

Dated this the 5th day of December, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge