# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Gary Cooper | } | **Case No: 18-82436-CRJ13** |
|   PLAINTIFF, | } | **AP No: 19-80071-CRJ** |
| VS. | } | |
| Avadian Credit Union | } | |
| BSI Financial Services | } | |
|   DEFENDANTS, | | |

## COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | RE: Doc #36; Status Conference |
| **Date and Time:** | Monday, January 06, 2020 10:00 AM |
| **Appearances:** | John C. Larsen, attorney for Gary Cooper (Plaintiff) |
| | Michele T. Hatcher (Trustee) |
| | Timothy P Pittman, attorney for Avadian Credit Union (Defendant) |
| | Timothy P Pittman, attorney for BSI Financial Services (Defendant) |
| **Courtroom Deputy:** | MeShae Bogue |
| **Presiding Judge:** | CLIFTON R. JESSUP JR. |
| **Court Notes:** | Continued in open court to 2/10/2020 at 10:00 a.m., at the Seybourn H. Lynne Federal Courthouse, Cain Street Entrance, Courtroom 3rd Floor, Decatur, Alabama. |

Date Prepared:01/07/2020