# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| | } | |
| GARY COOPER | } | CASE NO. 18-82436-CRJ-13 |
| | } | |
| | } | CHAPTER 13 |
| Debtor(s). | } | |
| | | |
| GARY COOPER | } | AP NO. 19-80071-CRJ-13 |
| | } | |
| Plaintiff(s), | } | |
| v. | } | |
| | } | |
| AVADIAN CREDIT UNION and | } | |
| BSI FINANCIAL SERVICES | } | |
| | } | |
| Defendant(s). | } | |

## ORDER VACATING TRIAL AND RELATED DEADLINES

On February 25, 2020, counsel for the Plaintiff filed a Notice of Settlement, reporting that the parties have resolved all claims and requesting that the Court vacate all hearings in this Adversary Proceeding to allow the parties time to file the necessary settlement and dismissal documents.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that the Pretrial Conference scheduled on April 20, 2020, the Trial scheduled on April 27, 2020, and all other related deadlines in the above-styled Adversary Proceeding are hereby **VACATED**. The parties are hereby directed to file the necessary settlement documents within sixty days from the date of this Order.

Dated this the 26th day of February, 2020.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge